UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIA RIVERA-MIRELES,

                Plaintiff,

        -against-

CVS Albany, LLC,

                Defendant.

-----------------------------------------------------------------X

**25 Civ. No. 04047 (JAV) (GS)**

**CASE MANAGEMENT CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for an Initial Case Management Conference on **Wednesday, July 16, 2025 at 10:00 a.m.** The parties are directed to appear for a video conference via Microsoft Teams at the scheduled time. **The parties shall consult and comply with** the undersigned's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-gary-stein. In accordance with Section II.A of the Individual Practices, counsel are directed to file a joint Proposed Case Management Plan and Scheduling Order no later than one week prior to the conference. **Join the meeting now**. **[Meeting ID: 246 918 739 974 7] [Passcode: fx9J7up3]**

      SO ORDERED.

DATED:    New York, New York
               June 6, 2025

                                           _____
                                           The Honorable Gary Stein
                                           United States Magistrate Judge